

# In the Missouri Court of Appeals
# Eastern District

DECEMBER 9, 2014

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.  ED100414    STATE OF MISSOURI, RES V DANIEL AUSTIN, APP

2.  ED100521 DAVID RAY FUGATE, APP V STATE OF MISSOURI, RES

3.  ED100554 STATE OF MISSOURI, RES V JESSE BEASLEY, APP

4.  ED100566 ARNOLD TAYLOR, APP V STATE OF MISSOURI, RES

5.  ED100665 STATE OF MISSOURI, RES V FRED SILVER, APP

6.  ED100691 STATE OF MISSOURI, RES V DONTAE CHARLES, APP

7.  ED100875 STATE OF MISSOURI, RES V TELISHA LIGGINS, APP

8.  ED101026 RODNEY WRIGHT, APP V STATE OF MISSOURI, RES

9.  ED101052 MARGARET E. BLYZES, RES V THURMAN M. BLYZES, APP

10. ED101108 IN THE INTEREST OF:  D.M.E.

11. ED101414    TIMOTHY MEFFORD, RES V TRUE MANUFACTURING CO, APP

## WITHDRAWAL(S):

1.  ED100593 DANIEL KRUSE, ET AL, APP V. SEVEN TRAILS ETAL, RES